PER CURIAM:
A.P., R.K., N.M., and R.M. appeal from an order of the district court dismissing their lawsuit against thirteen state officials [1] employed by the Florida Department of Children and Family Services pursuant to Federal Rule of Civil Procedure 12(b)(6). The plaintiffs brought suit against the state officials under 42 U.S.C. § 1983, alleging violations of their Four *636 teenth Amendment right to be safe from an unreasonable risk of physical harm while in state custody. After careful review of the allegations against each defendant, we affirm in part, and reverse in part.
As to defendants Feaver, Brown, Kana-skie, and Pollack, we find no error, and affirm the dismissal of A.P., N.M. and R.M.’s claims against them.
As to defendants Chang, Woodroof, Millikan, Worsley, Andrews, Kaufman, Des-mangles, and Wilburn, we find that the district court erred in dismissing A.P., N.M. and R.M.’s claims against them and reverse the dismissal of these claims in the Second Amended Complaint.
Accordingly, the judgment of the district court is AFFIRMED in part; REVERSED in part; and REMANDED for proceedings consistent with this opinion.

. The defendant-officials are as follows: Edward Feaver, Secretary of the Department of Children and Family Services; Johnny Brown, District 10 Administrator; Katherine Kaufman, a Program Operations Administrator of Protective Investigations and later Acting Child Welfare Director; Corrine Millikan, Family Services Specialist and Operations Management Consultant; Sharon Woodroof, Family Services Specialist and later Program
Operations Administrator for Re-licensing and Foster Care; Susan Kanaskie, Protective Investigations Supervisor; Susan Worsley, Protective Investigator and later Foster Care Supervisor; Jennifer Chang, Program Operations Administrator for Licensing and Placement and later Family Services Specialist; Margaret Andrews, Licensing Counselor and later Licensing Supervisor; and Loubert Des-mangles, Sharon Pollack, and Susan Wilburn, Family Services Counselors.
The complaint also named Winsome Smith, a Family Services Counselor, as a defendant. Because the only claim against Smith was brought by R.K., who has since settled, plaintiffs’ appeal with respect to Smith is moot.